**Order entered September 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00850-CR

### TYREN DESHUN PHILLIPS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F15-57777-H**

## ORDER

We **GRANT** court reporter Crystal R. Jones's September 6, 2016 request for an extension of time to file the reporter's record. The time to file the reporter's record is extended to **October 6, 2016**.

/s/    LANA MYERS
           JUSTICE